MATTHEW Mulloy & JERRY BAKER
Name and Prisoner/Booking Number

SOLANO JAIL
Place of Confinement

500 WIONAVE.
Mailing Address

FF, CA 94533
City, State, Zip Code

FILED

JUN - 7 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW Mulloy & JERRY BAKER )
(Full Name of Plaintiff)          Plaintiff, )
                                            )
                    v.                      )
                                            )
(1) LT. MASHBURN                          , )
(Full Name of Defendant)                    )
                                            )
(2)                                       , )
                                            )
(3)                                       , )
                                            )
(4)                                       , )
                    Defendant(s).           )
☐ Check if there are additional Defendants and attach page 1-A listing them. )
                                            )

2:19-cv-1095 DB (PC)

CASE NO. 2:19 cv 1047 DB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred:     Solano Jail                              .

## B. DEFENDANTS

1.  Name of first Defendant: _MADHBURN_____. The first Defendant is employed as:
    _LT_____ at _SOLANO Jail_____.
    (Position and Title)                              (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____at_____.
    (Position and Title)                              (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____at_____.
    (Position and Title)                              (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____.
    (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:                    _N/A_
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

**CLAIM I**

1.  State the constitutional or other federal civil right that was violated: _8TH. AMENDMENT_
.

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☒ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    LT. WASHBURN IS DENYING MATTHEW MULLER & JEMMY BAKER ACCESS TO EXERCISE & NATURAL SUNLIGHT.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    NO EXERCISE OR SUNLIGHT VITAMIN D DEFICIENCY. THIS IS CRUEL & UNUSUAL PUNISHMENT
.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim II.** Identify the issue involved.   Check **only one**.   State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property       ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                                  ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim II?                ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?       ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
_____.

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: $10,000,000.00 IJ PUNITIVE DAMAGES

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6·4·19___
DATE

N/A

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

SIGNATURE OF PLAINTIFF

MATTHEW MULLER & JERRYBAKE

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date _06·03_ 20 _19_

To:   Warden                              Approved _____

I hereby request that my Trust Account be charged $_____ for the purpose stated below and authorize
the withdrawal of that sum from my account:

_____D·0049_____
NUMBER

State below the PURPOSE for which withdrawal is requested
(do not use this form for Canteen or Hobby purchase).

PURPOSE _Postage Legal Mail_
_____
_____
_____

NAME (signature, please, DO NOT PRINT)

PRINT PLAINLY BELOW  name and address of person
to whom check is to be mailed.

NAME _U.S. District Court For_
ADDRESS _Eastern District of California_
_501 I St Ste 4-200_
_Sacramento, CA 95814_
_Ken Sierra_
PRINT YOUR FULL NAME HERE