UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE BAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MASHBURN,<br><br>　　　　Defendant. | No. 2:19-cv-1095 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this suit along with a second plaintiff, Matthew Muller, on June 7, 2019. In an order filed June 14, 2019, this court severed the plaintiffs' actions. Plaintiff Muller was proceeding in case no. 2:19-cv-1047 DB[1] and plaintiff Baker is proceeding in the present action. This court further ordered the complaint dismissed and required plaintiffs to file amended complaints and pay the filing fee or file a motion to proceed in forma pauperis within thirty days. Plaintiffs were warned that if they failed to comply with the court's order, this court would recommend their actions be dismissed.

////

---

[1] Plaintiff Muller notified the court that he had not consented to the filing of the original complaint and requested dismissal of the action. This court dismissed his case no. 2:19-cv-1047 DB on July 12, 2019.

1

Thirty days have passed and plaintiff Baker has not filed an amended complaint, filed a motion to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's June 14 order.

Accordingly, the Clerk of the Court IS HEREBY ORDERED to randomly assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed for plaintiff's failure to prosecute and failure to comply with court orders. E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 23, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/bake1095.fta fr